NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**RENESAS ELECTRONICS AMERICA, INC., F/K/A INTERSIL CORPORATION,**
*Defendant-Appellant*

---

2016-2121, 2016-2208, 2016-2235

---

Appeals from the United States District Court for the Eastern District of Texas in No. 4:08-cv-00451-RAS, Judge Richard A. Schell.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, BRYSON*, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

# **O R D E R**

Plaintiff-Cross-Appellant Texas Advanced Optoelectronic Solutions, Inc., (TAOS) filed a combined petition for panel rehearing and rehearing en banc on June 14, 2018. The petition was referred to the panel that heard the appeal and was thereafter referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

1)  The petition for panel rehearing is granted in part and denied in part.  See accompanying order.

2)  The petition for rehearing en banc is denied.

3)  The mandate of this court will issue on August 15, 2018.

FOR THE COURT

| | |
|---|---|
| July 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

---

\* Circuit Judge Bryson participated only in the decision on the petition for panel rehearing.